IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re INTERESTED PARTY 1 and<br>In re INTERESTED PARTY 2, in the Matter of<br>UNITED STATES v. QANTAS AIRWAYS LIMITED | Misc. Action No. _____<br><br>(Related to Crim. No.07-00322 JDB) |

**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL EMERGENCY
APPLICATION FOR INJUNCTIVE RELIEF UNDER LOCAL RULE 57.6**

Applicants Interested Party 1 and Interested Party 2 ("Applicants") respectfully request that this Court grant them leave to file under seal their emergency application for injunctive relief ("Application for Relief") in *United States v. Qantas Airways Limited*, Crim. No.07-00322 JDB, currently pending before this Court.

As grounds for this Motion, Applicants state as follows:

1. The Antitrust Division of the Department of Justice (the "Division") and Qantas Airways Limited ("Qantas") have reached a plea agreement in the above-captioned matter, which is scheduled to be filed publicly on January 14, 2008;

2. The United States intends to specifically name Applicants in the plea agreement as being excluded from the protections and obligations of the agreement;

3. The purpose of the Application for Relief is to request that this Court enjoin the United States from naming Applicants in the publicly-filed plea agreement to prevent the reputational harm that will result if Applicants publicly are identified;

4. Filing under seal is necessary to ensure that Applicants' identities are protected from disclosure while they seek relief, the very nature of which is to protect their identities;

5. The Division expressly has agreed to Applicants and the government filing all pleadings and related documents under seal in connection with the Application for Relief, and have informed counsel for Interested Party 1 that they do not oppose this Motion for Leave to File Under Seal;

6. Granting this motion is consistent with the public interest because it will enable Applicants to seek relief under Local Criminal Rule 57.6 without fear that their resort to the Court for judicial relief will itself result in the harm Applicants seek to prevent, namely the revelation of Applicants' identities;

7. Denial of this motion would deny Applicants effective access to the Court for judicial relief as contemplated by Rule 57.6; and,

8. Neither the Court nor the public will be prejudiced by the allowance of this motion and the adjudication of the Application for Relief under seal.

WHEREFORE, INTERESTED PARTY 1 and INTERESTED PARTY 2 respectfully request that the Court enter an Order, in the proposed form submitted herewith, requiring that all pleadings, records and other documents related to their Application for Relief be filed, and maintained by the Clerk of the Court, under seal.

Dated:  December 20, 2007

Respectfully Submitted,

*/s/ Kerri L. Ruttenberg*
_____
Henry W. Asbill, D.C. Bar No. 938811
Kerri L. Ruttenberg, D.C. Bar No. 467989
Dewey & LeBoeuf LLP
1101 New York Avenue, N.W.
Suite 1100
Washington, D.C.  20009
(202) 986-8000 (phone)
(202) 986-8102 (facsimile)
*Counsel for Interested Party 1*

*Elizabeth G. Taylor /KR*
_____
Elizabeth G. Taylor, D.C. Bar No. 384893
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036-5802
(202) 778-1800 (phone)
(202) 822-8106 (facsimile)
*Counsel for Interested Party 2*

*Royal B. Martin /KR*
_____
Royal B. Martin (*Pro Hac Vice* admission pending)
Daniel T. Hartnett (*Pro Hac Vice* Admission Pending)
Martin Brown & Sullivan, Ltd.
The Chicago Bar Association Building
321 South Plymouth Court, 10th Floor
Chicago, IL  60604
(312) 360-5000 (phone)
(312) 360 5026 (facsimile)
*Counsel for Interested Party 2*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re INTERESTED PARTY 1 and<br>In re INTERESTED PARTY 2, in the Matter of<br>UNITED STATES v. QANTAS AIRWAYS LIMITED | Misc. Action No. _____<br><br>(Related to Crim. No.07-00322 JDB) |

## NOTICE OF FILING UNDER SEAL

PLEASE TAKE NOTICE, that the following pleadings have been filed this day under seal by certain Interested Parties identified in the Sealed Pleadings:

(1) a **SEALED** Emergency Application For Injunctive Relief From a Criminal Case By Interested Parties Pursuant to Local Criminal Rule 57.6 in U.S. v. Qantas Airways Limited (Crim. No. 07-00322-JDB); and,

(2) a **SEALED** Memorandum of Law in Support of Emergency Application, with a **SEALED** Proposed Order On Emergency Application, and attaching five **SEALED** exhibits (including a Declaration of Henry W. Asbill, Esq., and a Declaration of Royal B. Martin, Esq.).

Dated: December 20, 2007

Respectfully Submitted,

_____
Henry W. Asbill, D.C. Bar No. 938811
Kerri L. Ruttenberg, D.C. Bar No. 467989
Dewey & LeBoeuf LLP
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005
(202) 986-8000

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I caused a true and correct copy of the foregoing Unopposed Motion for Leave to File Under Seal and Proposed Order to be served, by agreement, via e-mail in PDF format and additionally via U.S. Mail, first class postage pre-paid, upon the following:

Brent C. Snyder, Esq.
U.S. Department of Justice
1401 H Street, NW
Suite 3700
Washington, DC 20530
(202) 616-3186
Brent.Snyder@usdoj.gov

W. Todd Miller, Esq.
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
(202) 663-7820
TMiller@bakerandmiller.com

_____
Kerri L. Ruttenberg

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re INTERESTED PARTY 1 and )<br>In re INTERESTED PARTY 2, in the Matter of )<br>UNITED STATES v. QANTAS AIRWAYS LIMITED )<br>) | Misc. Action No. _____<br><br>(Related to Crim. No.07-<br>00322 JDB) |

### (Proposed) ORDER ON MOTION FOR LEAVE TO FILE UNDER SEAL

The Motion of Applicants Interested Party 1 and Interested Party 2 ("Applicants"), for leave to file under seal their emergency application pursuant to Local Rule 57.6 (the "Application for Relief"), for injunctive relief in the criminal matter *U.S. v. Qantas Airways Limited*, Crim. No. 07-00322 JDB, is hereby GRANTED.

It is further ORDERED that all pleadings, records and other documents related to the Application for Relief shall be filed with and maintained by the Clerk of this Court under seal and shall be clearly identified and designated as such by the parties at the time of filing.

Dated: December \_\_, 2007            _____
                                      DISTRICT COURT JUDGE

**List of Counsel Entitled to be Notified of Entry of Order Pursuant to Local Civil Rule 7(l):**

Brent C. Snyder, Esq.
U.S. Department of Justice
1401 H Street, NW
Suite 3700
Washington, DC 20530
(202) 616-3186

W. Todd Miller, Esq.
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
(202) 663-7820

Henry W. Asbill, Esq.
Kerri L. Ruttenberg, Esq.
Dewey & LeBoeuf LLP
1101 New York Avenue, NW
Suite 1100
Washington, DC 20009
(202) 986-8000

Elizabeth G. Taylor, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036-5802
(202) 778-1800

Royal B. Martin, Esq.
Daniel T. Hartnett, Esq.
Martin Brown & Sullivan, Ltd.
The Chicago Bar Association Building
321 South Plymouth Court, 10th Floor
Chicago, IL  60604
(312) 360-5000