# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re INTERESTED PARTY 1 and<br>In re INTERESTED PARTY 2, in the Matter of<br>UNITED STATES v. QANTAS AIRWAYS LIMITED | Misc. Action No. _____<br><br>(Related to Crim. No.<br>07-00322 JDB)<br><br>**FILED UNDER SEAL** |

## MOTION FOR *PRO HAC VICE* ADMISSION OF
## ROYAL B. MARTIN

Pursuant to Local Criminal Rule 44.1, I, Elizabeth G. Taylor, file this motion for the *pro hac vice* admission of Royal B. (Rob) Martin so that Mr. Martin may appear on behalf of Interested Party 2 in connection with the Emergency Application for Injunctive Relief from a Criminal Case by Interested Parties pursuant to Local Criminal Rule 57.6 in *United States v. Qantas Airways Ltd.* (Criminal Case No. 07-00322-JDB) ("Emergency Application").

1.    I am a practicing attorney and a member in good standing with the Bar of the United States District Court for the District of Columbia. My D.C. Bar identification number is 384893. My office address, telephone number, and fax number are included below on the signature block.

2.    Mr. Martin is a reputable attorney with the firm of Martin Brown & Sullivan in Chicago, Illinois. He formerly served as an Assistant United States Attorney for the Northern District of Illinois. He is member of the Illinois and Washington State Bars, and is admitted to practice in a number of federal courts, including the United States Supreme Court, the United States Courts of Appeals for the Second, Fifth, Seventh, Eighth, and Eleventh Circuits, the

United States Tax Court, the General Bar and Trial Bar of the Northern District of Illinois, and the Central District of Illinois.

3.    I recommend that the Court permit him to practice in this case.  A declaration by Mr. Martin and a proposed order admitting him is attached hereto.

FOR THESE REASONS, Elizabeth G. Taylor respectfully moves the admission of Rob Martin *pro hac vice* before this Court in the above-captioned case.

Date: December 19, 2007

Respectfully submitted,

By: Elizabeth G. Taylor (D.C. Bar #384893)
etaylor@zuckerman.com
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 778-1800
(202) 822-8106 (fax)

COUNSEL FOR INTERESTED PARTY 2

1610589.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2007, a copy of the foregoing Motion for *Pro Hac Vice* Admission of Royal B. Martin was served upon all counsel of record by electronic mail and United States mail, addressed as follows:

Brent C. Snyder, Esq.
U.S. Department of Justice
1401 H Street, NW
Suite 3700
Washington, DC 20530
(202) 616-3186

W. Todd Miller, Esq.
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
(202) 663-7820

Henry W. Asbill, Esq.
Kerri L. Ruttenberg, Esq.
Dewey & LeBoeuf LLP
1101 New York Avenue, NW
Suite 1100
Washington, DC 20009
(202) 986-8000

Andrew N. Goldfarb (D.C. Bar # 455751)
agoldfarb@zuckerman.com
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 778-1800
(202) 822-8106 (fax)

1610589.1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re INTERESTED PARTY 1 and<br>In re INTERESTED PARTY 2, in the Matter of<br>UNITED STATES v. QANTAS AIRWAYS LIMITED | Misc. Action No. _____<br><br>(Related to Crim. No.<br>07-00322 JDB)<br><br>**FILED UNDER SEAL** |

## <u>DECLARATION OF ROYAL B. MARTIN</u>

I, ROYAL B. MARTIN, hereby apply for permission to appear as counsel *pro hac vice* for

Interested Party 2 in the above-captioned matter. Pursuant to 28 U.S.C. §1746, I declare as follows:

1.      I am an attorney with the firm of Martin Brown & Sullivan, Ltd., in Chicago, Illinois.

I reside in Illinois.

2.      My academic background is: University of San Francisco, A.B, 1967, and University

of Washington Law School, J.D., 1970.   I became a member of the Illinois and Washington State

Bars in 1970.   I served as an Assistant United States Attorney in the Northern District of Illinois

from 1970 to 1975.  I am admitted to practice in the following federal courts:  the United States

Supreme Court, the United States Courts of Appeals for the Second, Fifth, Seventh, Eighth, and

Eleventh Circuits, the United States Tax Court, the United States Court of Federal Claims, the

General Bar and Trial Bar of the Northern District of Illinois, and the Central District of Illinois.

3.      I am a member in good standing of all of the courts identified in Paragraph 2.

4.      I am not currently suspended from nor have I been disbarred from the practice of law

in any court, nor have I been disciplined by any bar identified in Paragraph 2.

5.   I have never sought *pro hac vice* admission in this Court.

6.   My contact information is as follows:

Royal B. Martin
Martin Brown & Sullivan, Ltd.
The Chicago Bar Association Building
321 South Plymouth Court
10th Floor
Chicago, Illinois 60604
Telephone: 312-360-5000
Fax: 312 360-5026
martin@mbslaw.com
Illinois Bar No. 1782797

I declare under the penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.

Executed at Chicago, Illinois  this 19th day of December, 2007.

_____
ROYAL B. MARTIN

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In re INTERESTED PARTY 1 and
In re INTERESTED PARTY 2, in the Matter of
UNITED STATES v. QANTAS AIRWAYS LIMITED

)
)
)
)
)
)
)
)

Misc. Action No. _____

(Related to Crim. No.
07-00322 JDB)

**FILED UNDER SEAL**

## ORDER ON MOTION FOR *PRO HAC VICE* ADMISSION OF ROYAL B. MARTIN

The Court, having considered the Motion for *Pro Hac Vice* Admission of Royal B. Martin and the attached Declaration of Royal B. Martin, finds that the Motion should be GRANTED. It is, therefore,

ORDERED that Royal B. Martin is admitted *pro hac vice* to the United States District Court for the District of Columbia.

SIGNED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

1611065.1

**List of Counsel to be Notified of Entry of Order:**

Brent C. Snyder, Esq.
U.S. Department of Justice
1401 H Street, NW
Suite 3700
Washington, DC 20530
(202) 616-3186

W. Todd Miller, Esq.
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
(202) 663-7820

Henry W. Asbill, Esq.
Kerri L. Ruttenberg, Esq.
Dewey & LeBoeuf LLP
1101 New York Avenue, NW
Suite 1100
Washington, DC 20009
(202) 986-8000

Elizabeth G. Taylor, Esq.
Paula M. Junghans, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036-5802
(202) 778-1800

Royal B. Martin, Esq. (*Pro Hac Vice* Admission Pending)
Daniel T. Hartnett, Esq. (*Pro Hac Vice* Admission Pending)
Martin Brown & Sullivan, Ltd.
The Chicago Bar Association Building
321 South Plymouth Court, 10th Floor
Chicago, IL  60604
(312) 360-5000