UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re INTERESTED PARTY 1 and<br>In re INTERESTED PARTY 2, in the Matter of<br>UNITED STATES v. QANTAS AIRWAYS LIMITED | Misc. Action No. _____<br><br>(Related to Crim. No.<br>07-00322 JDB)<br><br>**FILED UNDER SEAL** |

## MOTION FOR *PRO HAC VICE* ADMISSION OF
## DANIEL T. HARTNETT

Pursuant to Local Criminal Rule 44.1, I, Elizabeth G. Taylor, file this motion for the *pro hac vice* admission of Daniel T. Hartnett so that Mr. Hartnett may appear on behalf of Interested Party 2 in connection with the Emergency Application for Injunctive Relief from a Criminal Case by Interested Parties pursuant to Local Criminal Rule 57.6 in *United States v. Qantas Airways Ltd.* (Criminal Case No. 07-00322-JDB) ("Emergency Application").

  1.  I am a practicing attorney and a member in good standing with the Bar of the United States District Court for the District of Columbia. My D.C. Bar identification number is 384893. My office address, telephone number, and fax number are included below on the signature block.

  2.  Mr. Hartnett is a reputable attorney with the firm of Martin Brown & Sullivan, Ltd. in Chicago, Illinois. He formerly served as a Captain in the U.S. Army JAGC and as a Trial Attorney with the Department of Justice's Tax Division. He is a member of the Illinois Bar, and has been admitted to practice in a number of federal courts, including the United States Supreme

Court, the United States Court of Appeals for the Seventh Circuit, the United States Tax Court, and the Northern District of Illinois and the Western District of Michigan.

       3.       I recommend that the Court permit him to practice in this case. A declaration by Mr. Hartnett and a proposed order admitting him is attached hereto.

       FOR THESE REASONS, Elizabeth G. Taylor respectfully moves the admission of Daniel Hartnett *pro hac vice* before this Court in the above-captioned case.

Date: December 19, 2007                     Respectfully submitted,

                                                           By: Elizabeth G. Taylor (D.C. Bar #384893)
                                                           etaylor@zuckerman.com
                                                            **ZUCKERMAN SPAEDER LLP**
                                                           1800 M Street, N.W., Suite 1000
                                                           Washington, D.C. 20036
                                                          (202) 778-1800
                                                          (202) 822-8106 (fax)

                                                          COUNSEL FOR INTERESTED PARTY 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2007, a copy of the foregoing Motion for *Pro Hac Vice* Admission of Daniel T. Hartnett was served upon all counsel of record by electronic mail and United States mail, addressed as follows:

Brent C. Snyder, Esq.
U.S. Department of Justice
1401 H Street, NW
Suite 3700
Washington, DC 20530
(202) 616-3186

W. Todd Miller, Esq.
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
(202) 663-7820

Henry W. Asbill, Esq.
Kerri L. Ruttenberg, Esq.
Dewey & LeBoeuf LLP
1101 New York Avenue, NW
Suite 1100
Washington, DC 20009
(202) 986-8000

_____
Andrew N. Goldfarb (D.C. Bar # 455751)
agoldfarb@zuckerman.com
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 778-1800
(202) 822-8106 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re INTERESTED PARTY 1 and<br>In re INTERESTED PARTY 2, in the Matter of<br>UNITED STATES v. QANTAS AIRWAYS LIMITED | Misc. Action No. _____<br><br>(Related to Crim. No.<br>07-00322 JDB)<br><br>**FILED UNDER SEAL** |

## DECLARATION OF DANIEL T. HARTNETT

I, DANIEL T. HARTNETT, hereby apply for permission to appear as counsel *pro hac vice* for Interested Party 2 in the above-captioned matter. Pursuant to 28 U.S.C. §1746, I declare as follows:

1. I am an attorney with the firm of Martin Brown & Sullivan, Ltd., in Chicago, Illinois. I reside in Illinois.

2. My academic background is: University of Notre Dame, A.B, 1974, and Loyola University of Chicago, J.D., 1977. I became a member of the Illinois Bar in 1977. I served as a Captain in the U.S. Army JAGC from 1978 to 1982, and as a Trial Attorney in the Tax Division of the Department of Justice from 1982 to 1986. I am admitted to practice before the Illinois Supreme Court and in the following federal courts: the United States Supreme Court, the United States Court of Appeals for the Seventh Circuit, the United States Tax Court, the United States Court of Military Appeals, and the United States District Courts for the Northern District of Illinois and the Western District of Michigan.

3. I am a member in good standing of all of the courts identified in Paragraph 2.

4.  I am not currently suspended from nor have I been disbarred from the practice of law in any court, nor have I been disciplined by any bar identified in Paragraph 2.

5.  I have never sought *pro hac vice* admission in this Court.

6.  My contact information is as follows:

   Daniel T. Hartnett
   Martin Brown & Sullivan, Ltd.
   The Chicago Bar Association Building
   321 South Plymouth Court
   10th Floor
   Chicago, Illinois 60604
   Telephone: 312-360-5000
   Fax: 312-360-5026
   hartnett@mbslaw.com
   Illinois Bar No. 1146386

I declare under the penalty of perjury that the foregoing is true and correct

Executed at Chicago, Illinois this 19th day of December, 2007.

*Daniel T. Hartnett*
DANIEL T. HARTNETT

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re INTERESTED PARTY 1 and<br>In re INTERESTED PARTY 2, in the Matter of<br>UNITED STATES v. QANTAS AIRWAYS LIMITED | Misc. Action No. _____<br><br>(Related to Crim. No.<br>07-00322 JDB)<br><br>**FILED UNDER SEAL** |

ORDER ON MOTION FOR *PRO HAC VICE*
ADMISSION OF DANIEL T. HARTNETT

The Court, having considered the Motion for *Pro Hac Vice* Admission of Daniel T. Hartnett and the attached Declaration of Daniel T. Hartnett, finds that the Motion should be GRANTED. It is, therefore,

ORDERED that Daniel T. Hartnett is admitted *pro hac vice* to the United States District Court for the District of Columbia.

SIGNED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

1611600.1

**List of Counsel to be Notified of Entry of Order:**

Brent C. Snyder, Esq.
U.S. Department of Justice
1401 H Street, NW
Suite 3700
Washington, DC 20530
(202) 616-3186

W. Todd Miller, Esq.
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
(202) 663-7820

Henry W. Asbill, Esq.
Kerri L. Ruttenberg, Esq.
Dewey & LeBoeuf LLP
1101 New York Avenue, NW
Suite 1100
Washington, DC 20009
(202) 986-8000

Elizabeth G. Taylor, Esq.
Paula M. Junghans, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036-5802
(202) 778-1800

Royal B. Martin, Esq. (*Pro Hac Vice* Admission Pending)
Daniel T. Hartnett, Esq. (*Pro Hac Vice* Admission Pending)
Martin Brown & Sullivan, Ltd.
The Chicago Bar Association Building
321 South Plymouth Court, 10th Floor
Chicago, IL  60604
(312) 360-5000

1611600.1