IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| In re INTERESTED PARTY 1 and<br>In re INTERESTED PARTY 2, in the Matter of<br>UNITED STATES v. QANTAS AIRWAYS LIMITED | Misc. Action No. 07-567<br><br>(Related to Crim. No. 07-00322 JDB) |

## ORDER ON MOTION FOR LEAVE TO FILE UNDER SEAL

The Motion of Applicants Interested Party 1 and Interested Party 2 ("Applicants"), for leave to file under seal their emergency application pursuant to Local Rule 57.6 (the "Application for Relief"), for injunctive relief in the criminal matter *U.S. v. Qantas Airways Limited*, Crim. No. 07-00322 JDB, is hereby GRANTED.

It is further ORDERED that all pleadings, records and other documents related to the Application for Relief shall be filed with and maintained by the Clerk of this Court under seal and shall be clearly identified and designated as such by the parties at the time of filing.

Dated: December 20, 2007

_____
DISTRICT COURT JUDGE

**List of Counsel Entitled to be Notified of Entry of Order Pursuant to Local Civil Rule 7(l):**

Brent C. Snyder, Esq.
U.S. Department of Justice
1401 H Street, NW
Suite 3700
Washington, DC 20530
(202) 616-3186

W. Todd Miller, Esq.
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
(202) 663-7820

Henry W. Asbill, Esq.
Kerri L. Ruttenberg, Esq.
Dewey & LeBoeuf LLP
1101 New York Avenue, NW
Suite 1100
Washington, DC 20009
(202) 986-8000

Elizabeth G. Taylor, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036-5802
(202) 778-1800

Royal B. Martin, Esq.
Daniel T. Hartnett, Esq.
Martin Brown & Sullivan, Ltd.
The Chicago Bar Association Building
321 South Plymouth Court, 10th Floor
Chicago, IL  60604
(312) 360-5000