UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re INTERESTED PARTY 1 and )<br>In re INTERESTED PARTY 2, in the Matter of )<br>UNITED STATES v. QANTAS AIRWAYS LIMITED )<br>) | Misc. Action No. 07-567<br><br>(Related to Crim. No.<br>07-00322 JDB)<br><br>FILED UNDER SEAL |

FILED
DEC 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER ON MOTION FOR *PRO HAC VICE* ADMISSION OF ROYAL B. MARTIN

The Court, having considered the Motion for *Pro Hac Vice* Admission of Royal B. Martin and the attached Declaration of Royal B. Martin, finds that the Motion should be GRANTED. It is, therefore,

ORDERED that Royal B. Martin is admitted *pro hac vice* to the United States District Court for the District of Columbia.

SIGNED this __20th__ day of __December__, 2007.

_____
UNITED STATES DISTRICT JUDGE

1611065 1