UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re INTERESTED PARTY 1 and<br>In re INTERESTED PARTY 2, in the Matter of<br>UNITED STATES v. QANTAS AIRWAYS LIMITED | ) ) ) ) ) ) ) ) ) | Misc. Action No. 07-567<br><br>(Related to Crim. No. 07-00322 JDB)<br><br>FILED UNDER SEAL |

FILED
DEC 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER ON MOTION FOR *PRO HAC VICE* ADMISSION OF DANIEL T. HARTNETT

The Court, having considered the Motion for *Pro Hac Vice* Admission of Daniel T. Hartnett and the attached Declaration of Daniel T. Hartnett, finds that the Motion should be GRANTED. It is, therefore,

ORDERED that Daniel T. Hartnett is admitted *pro hac vice* to the United States District Court for the District of Columbia.

SIGNED this ___20th___ day of ___December___, 2007.

_____
UNITED STATES DISTRICT JUDGE

1611600 1