UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re INTERESTED PARTY 1 and
In re INTERESTED PARTY 2, in the matter of
UNITED STATES v. QANTAS AIRWAYS
LIMITED

Misc. No. 07-567 (JDB)
UNDER SEAL

FILED
DEC 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the application for emergency injunctive relief, it is hereby

**ORDERED** that the government's opposition shall be filed by not later than January 2, 2008; and it is further

**ORDERED** that the applicants' reply shall be filed by not later than 10:00 a.m. on January 7, 2008.

**SO ORDERED.**

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date:  December 20, 2007