IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re INTERESTED PARTY 1 and<br>In re INTERESTED PARTY 2, in the Matter of<br>UNITED STATES v. QANTAS AIRWAYS<br>LIMITED | ) <br>) Case No. 1:07-MC-00567-JDB<br>) <br>) (Related to Crim. No.07-00322 JDB)<br>) |

## NOTICE OF FILING UNDER SEAL

PLEASE TAKE NOTICE, that the following supplemental document has been filed this day under seal by certain Interested Parties identified in the Sealed Pleading:

Exhibit 1 Relating to Interested Party 1's and Interested Party 2's Joint Reply to Opposition of the United States to Their Emergency Application For Injunctive Relief From a Criminal Case By Interested Parties Pursuant to Local Criminal Rule 57.6 in U.S. v. Qantas Airways Limited (Crim. No. 07-00322-JDB), **filed under seal** January 7, 2008.

Dated: January 7, 2008                         Respectfully Submitted,

_____
Henry W. Asbill, D.C. Bar No. 938811
Kerri L. Ruttenberg, D.C. Bar No. 467989
Dewey & LeBoeuf LLP
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005
(202) 986-8000

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I caused a true and correct copy of the foregoing Exhibit and Notice of Filing Under Seal to be served, by agreement, via e-mail in PDF format and additionally via U.S. Mail, first class postage pre-paid, upon the following:

Brent C. Snyder, Esq.
U.S. Department of Justice
1401 H Street, NW
Suite 3700
Washington, DC 20530
(202) 616-3186
Brent.Snyder@usdoj.gov

W. Todd Miller, Esq.
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
(202) 663-7820
TMiller@bakerandmiller.com

_____
Kerri L. Ruttenberg

# EXHIBIT 1

Relating to Interested Party 1's and Interested Party 2's Joint Reply to Opposition of the United States to Their Emergency Application For Injunctive Relief From a Criminal Case By Interested Parties Pursuant to Local Criminal Rule 57.6 in U.S. v. Qantas Airways Limited (Crim. No. 07-00322-JDB), **filed under seal** January 7, 2008



06 December 2007

Mr Brent Snyder
Trial Attorney
National Criminal Enforcement Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 3700
Washington, DC 20530

Dear Sir

**Re: Qantas Airways Ltd Freight Cartel Prosecution – U.S. Plea Agreement**

Stephen Cleary is the current Group General Manager – Freight for Qantas Airways Limited ("Qantas"). In this role Stephen has responsibility for managing Qantas' international air cargo business.

Harold Pang is the current General Manager – Freight Sales for Qantas. In this role Harold has the responsibility for worldwide sales for Qantas' air cargo business.

Qantas will suffer considerable reputational damage and economic losses if Stephen Cleary and Harold Pang are named as carve outs in the U.S. Plea Agreement. The reputation of Stephen and Harold with our customers will be severely damaged as will that of Qantas, despite no charges being laid.

Stephen and Harold are both highly respected executives with immeasurable experience within Qantas and throughout the worldwide air cargo industry. The alternative of exiting Stephen and Harold from Qantas is not feasible at this time due to the significant negative impact on revenue that Qantas would suffer as a result of:

- Potential loss of existing accounts and critical customers
- Current negotiations and joint ventures being put into jeopardy
- No suitable successors to replace Stephen and Harold, causing significant recruitment and training costs
- An even further decrease in employee morale
- Other senior executives within Qantas Freight also exiting the company

Following the publicity of the plea agreement, it is essential that customer and employee confidence in Qantas' air cargo management is maintained. This will be denied by the naming of our existing executives.

Should you require any further information regarding this matter, please contact me on the details below.

Yours sincerely

Grant Fenn
Executive General Manager, Freight Enterprise
Qantas Airways Ltd
Ph: +61 2 9691 3443

Qantas Airways Limited  ABN 16 009 661 901
Qantas Centre 203 Coward Street Mascot NSW 2020 Australia
Telephone 61 (2) 9691 3636

**qantas.com**