UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 0 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In re INTERESTED PARTY 1 and
In re INTERESTED PARTY 2, in the matter of
UNITED STATES v. QANTAS AIRWAYS
LIMITED

Misc. No. 07-567 (JDB)
UNDER SEAL

## ORDER

Upon consideration of the interested parties' emergency application for injunctive relief

seeking redaction of the plea agreement in United States v. Qantas Airways Ltd., Cr. No. 07-322,

and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that the emergency application for injunctive relief is **DENIED**; and it is

further

**ORDERED** that the applicants' request for a temporary stay of this Order pending appeal

is **DENIED**.

JOHN D. BATES
United States District Judge

Date:    January 9, 2008