IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re INTERESTED PARTY 1 and ) <br> In re INTERESTED PARTY 2, ) <br> in the Matter of UNITED STATES v. ) <br> QANTAS AIRWAYS LIMITED ) <br> _____ ) | Case No. 1:07-MC-00567-JDB <br><br> (Related to Case No. 07-CR-0322-JDB) <br><br> **FILED UNDER SEAL** |

JOINT NOTICE OF APPEAL

Notice is hereby given this 10th day of January, 2008, that Interested Party 1 and Interested Party 2 hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment and order of this Court, The Honorable John D. Bates, entered on the 9th day of January, 2008, in favor of the United States against Interested Party 1 and Interested Party 2 in the above-captioned matter.

Dated: January 10, 2008                                    Respectfully Submitted,

_____                          _____ /kr (with permission)
Henry W. Asbill, D.C. Bar No. 938811                 Elizabeth G. Taylor, D.C. Bar No. 384893
Kerri L. Ruttenberg, D.C. Bar No. 467989          Zuckerman Spaeder LLP
Dewey & LeBoeuf LLP                                        1800 M Street, NW, Suite 1000
1101 New York Avenue, N.W., Suite 1100        Washington, D.C. 20036
Washington, D.C. 20005                                     (202) 778-1800 (phone)
(202) 986-8000 (phone)                                      (202) 822-8106 (facsimile)
(202) 986-8102 (facsimile)                                 *Counsel for Interested Party 2*
*Counsel for Interested Party 1*

_____ /kr (with permission)
Royal B. Martin (*Pro Hac Vice* Admission Pending)
Daniel T. Hartnett (*Pro Hac Vice* Admission Pending)
Martin Brown & Sullivan, Ltd.
The Chicago Bar Association Building
321 South Plymouth Court, 10th Floor
Chicago, IL 60604
(312) 360-5000 (phone)
(312) 360 5026 (facsimile)
*Counsel for Interested Party 2*

**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Brent C. Snyder, Esq.
U.S. Department of Justice
1401 H Street, NW
Suite 3700
Washington, DC 20530
(202) 616-3186 (phone)
(202) 514-6525 (facsimile)

James J. Fredricks, Esq.
John Powers, Esq.
U.S. Department of Justice
Appellate Section
950 Pennsylvania Avenue, NW
Room 3224
Washington, DC 20530
(202) 307-1403 (phone)
(202) 514-0536 (facsimile)

W. Todd Miller, Esq.
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
(202) 663-7820 (phone)
(202) 663-7849 (facsimile)

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I caused a true and correct copy of the foregoing Notice of Appeal to be served, by agreement, via e-mail in PDF format and additionally via U.S. Mail, first class postage pre-paid, upon the following:

Brent C. Snyder, Esq.
U.S. Department of Justice
1401 H Street, NW
Suite 3700
Washington, DC 20530
(202) 616-3186
Brent.Snyder@usdoj.gov


James J. Fredricks, Esq.
John Powers, Esq.
U.S. Department of Justice
Appellate Section
950 Pennsylvania Avenue, NW
Room 3224
Washington, DC 20530
(202) 307-1403 (phone)
(202) 514-0536 (facsimile)
John.Powers@usdoj.gov
James.Fredricks@usdoj.gov


W. Todd Miller, Esq.
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
(202) 663-7820
TMiller@bakerandmiller.com

_____
Kerri L. Ruttenberg