UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In re INTERESTED PARTY 1 and
In re INTERESTED PARTY 2, in the matter of
UNITED STATES v. QANTAS AIRWAYS
LIMITED

Misc. No. 07-567 (JDB)

### ORDER

For the reasons stated in the memorandum opinion issued on January 9, 2008, it is hereby

**ORDERED** that the Order entered on December 21, 2007 granting the applicants' motion to seal is **VACATED**; and it is further

**ORDERED** that this case shall be **UNSEALED** in its entirety.

JOHN D. BATES
United States District Judge

Date:   January 14, 2008

