# United States Court of Appeals
### For The District of Columbia Circuit

No. 08-3001                                          September Term, 2007

07ms00567

Filed On:

### ORDER

Upon consideration of appellants' motion to dismiss appeal, it is

**ORDERED** that this case be dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JAN 3 1 2008

CLERK

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Nancy G. Dunn
Nancy G. Dunn
Deputy Clerk

United States Court of Appeals
for the District of Columbia Circuit

By: /s/ Linda _____ Deputy Clerk